Timothy S. Cory, Esq.
Nevada Bar No. 001972
TIMOTHY S. CORY & ASSOCIATES
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 388-1996
tim.cory@corylaw.us
*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KARLTON EDWARD SPINDLE,<br><br>　　　　　　　　Debtor. | Case No.  15-12276-ABL<br>Chapter 7<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE OBJECTION TO DISCHARGE AND COMPLAINT TO DENY DISCHARGE** |

IT IS HEREBY STIPULATED by and between Karlton Edward Spindle (hereinafter "Debtor"), by and through his attorneys, Timothy S. Cory & Associates, and Creditor Cathy Walker, by and through her attorneys, the Law Offices of Patrick Driscoll, LLC, that the deadline for Cathy Walker to object to Debtor's discharge pursuant to sections 523 and 727, is extended through July 31, 2015.

DATED this 27th day of July, 2015.

TIMOTHY S. CORY & ASSOCIATES

  /s/ Timothy S. Cory                          　　　　　/s/ Patrick R. Driscoll                .
TIMOTHY S. CORY                              　　　　　PATRICK R. DRISCOLL
Attorney for Debtor                               　　　　　Attorney for Creditor Cathy Walker

1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Timothy S. Cory & Associates and that on July 27, 2015 I caused to be served a true and correct copy of STIPULATION TO EXTEND DEADLINE TO FILE OBJECTION TO DISCHARGE AND COMPLAINT TO DENY DISCHARGE in the following manner:

[X]  **a.  Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed and served through the Notice of Electronic Filing automatically generated by that Court's facilities on the dates of filing.

[ ]  **b.  United States Mail**

By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

[ ]  **c.  Facsimile Transmission**

By facsimile to the facsimile numbers indicated, to those persons listed below, on the date above written. No error was reported by the facsimile machine that I used.

[ ]  **d.  Personal Service**

[ ]  For a party represented by an attorney, delivery was made by handing the documents to the attorney or by leaving the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a conspicuous place in the office, on the date written above.

[ ]  For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there, on the date written above.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: July 27, 2015

*/s/ Suzanne Alexander*
An employee of Timothy S. Cory & Associates

2