_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 29, 2015

Timothy S. Cory, Esq.
Nevada Bar No. 001972
TIMOTHY S. CORY & ASSOCIATES
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 388-1996
tim.cory@corylaw.us
*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KARLTON EDWARD SPINDLE,<br><br>                    Debtor. | Case No.   15-12276-ABL<br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE OBJECTION TO DISCHARGE AND COMPLAINT TO DENY DISCHARGE** |

    This Court having considered the Stipulation to Extend Deadline to File Objection to Discharge and Complaint to Deny Discharge, and good cause appearing;

    IT IS HEREBY ORDERED that the Stipulation to Extend Deadline to File Objection to Discharge and Complaint to Deny Discharge is APPROVED; it is further

/ / /

/ / /

/ /

/ / /

1

1  ORDERED that the deadline for Creditor Cathy Walker to object to the Debtor's discharge pursuant to 523 and 727 is extended through July 31, 2015.

IT IS SO ORDERED.

Respectfully submitted by:

　/s/ Timothy S. Cory　
TIMOTHY S. CORY
Attorney for Debtor


/s/ Patrick R. Driscoll          .
PATRICK R. DRISCOLL
Attorney for Creditor Cathy Walker

# # #